IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIR PRODUCTS AND CHEMICALS, INC., | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 18-4878 |
| v. | : : | |
| THE PROCTER AND GAMBLE MANUFACTURING COMPANY, | : : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 14th day of November, 2019, after considering the statement of fees, costs, and expenses filed by the plaintiff, Air Products and Chemicals, Inc. ("Air Products") (Doc. No. 38), and the response to the statement filed by the defendant, The Procter and Gamble Manufacturing Company ("P&G") (Doc. No. 39); and after a telephone conference with counsel for the parties today; and, in accordance with this court's September 30, 2019 memorandum opinion and order (Doc. Nos. 39, 40), it is hereby **ORDERED** as follows:

1. Judgment is **ENTERED** in favor of Air Products and against P&G. P&G shall pay Air Products the amount of $187,821.35, in connection with the defense of the matter captioned *Lott v. Power Plug, Inc., et al.*, Suite No. 262832, Div. F, 9th Judicial District, State of Louisiana (the "Lott Matter").[1] P&G shall also pay Air Products' future reasonable legal costs, fees, and expenses incurred in the defense of the Lott Matter;

---

[1] This amount consists of $186,936.35 in fees, costs, and expenses Air Products paid to date to third parties, and $885.00 related to travel, hotel, food, and personal vehicle mileage for a trip on October 4, 2018. To the extent that Air Products sought additional legal costs, fees, and expenses, the court has determined that those fees are not recoverable under the parties' agreement.

2. This court shall retain jurisdiction over this matter limited to the extent that the parties have a dispute over Air Products' future reasonable legal costs, fees, and expenses incurred in the defense of the Lott Matter;[2] and

3. The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.

---

[2] The parties shall use their best efforts to resolve any disputes among themselves before requesting the court's assistance. If the parties require the court's assistance, they should request a telephone conference with the court by e-mailing a letter to chambers briefly outlining the nature of the dispute.